# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Todd Clark

                      Plaintiff,

v.                                                 Case No.: 1:08−cv−06634
                                                    Honorable Virginia M. Kendall

NCO Financial Systems, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 22, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall: All matters in controversy having been resolved, this action is dismissed in its entirety.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.